UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BIRDA SHELTON, | No. C 13-03839 MEJ |
| Plaintiff, | **ORDER CONTINUING CMC** |
| v. | |
| BOILERMAKERS NATIONAL ET AL, | |
| Defendants. | |

This matter is set for an initial case management conference on November 21, 2013. On November 14, 2013, Plaintiff Birda Shelton filed a separate case management statement, indicating that she has not completed service of process on Defendants. To allow Plaintiff time to effect service of process, the Court hereby **CONTINUES** the initial case management conference to February 6, 2014, at 10:00 a.m. in Courtroom B. The parties joint case management statement will be due January 30, 2014.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
Maria-Elena James
United States Magistrate Judge