UNITED STATES  DISTRICT COURT

Northern District of California

BIRDA SHELTON,                                    No. C 13-03839 MEJ

                     Plaintiff,           **ORDER CONTINUING CMC**

          v.

BOILERMAKERS NATIONAL ET AL,

                     Defendants.

_____/

     This matter is set for an initial case management conference on November 21, 2013.  On November 14, 2013, Plaintiff Birda Shelton filed a separate case management statement, indicating that she has not completed service of process on Defendants.  To allow Plaintiff time to effect service of process, the Court hereby **CONTINUES** the initial case management conference to February 6, 2014, at 10:00 a.m. in Courtroom B.  The parties joint case management statement will be due January 30, 2014.

     **IT IS SO ORDERED.**

Dated: November 18, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California